COM.

v.

**ORTEGA, R.**

**3227 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–13–CR–0000249–2014 (Carbon)

Affirmed

**SCHNELLER, J.**

v.

**ŻITOMER, M.**

**3344 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

Reargument Denied 9/13/2017

2007–05040–CA (Chester)

Affirmed

COM.

v.

**TRIVIGNO, P.**

**3277 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

Reargument Denied 9/13/2017

CP–51–CR–0100861–1996 (Philadelphia)

Affirmed

COM.

v.

**WEAVER, A.**

**925 MDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–41–CR–0001913–2015 (Lycoming)

Affirmed